**No. 39641.**—Protests 658650–G, etc., of Gellman Bros. (St. Paul).

Opinion by SULLIVAN, J. On the record presented the merchandise in question was held dutiable as follows: (1) certain balls at 30 percent under paragraph 1502; (2) wooden puzzles at 33⅓ percent under paragraph 412; and (3) paper puzzles at 35 percent under paragraph 1413.

**No. 39642.**—Protests 839305–G, etc., of Herman Plaut (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *Plaut* v. *United States* (T. D. 49463) the celluloid hairbands in question were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39643.**—Protest 953575–G of Dan Brechner & Co., Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Okuda* (23 C. C. P. A. 46, T. D. 47713) the animal figures in question were held dutiable at 35 percent under paragraph 205 as claimed.

**No. 39644.**—Protest 952076–G of Mamie Conti Gowns, Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of roses montees the same as those passed upon in G. A. 8779 (T. D. 40142). The claim at 20 percent under paragraph 1429 was therefore sustained.

**No. 39645.**—Protest 944869–G of Langfelder, Homma & Hayward, Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of paper bells similar to those the subject of *Kresge* v. *United States* (25 C. C. P. A. 1, T. D. 48975). The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 39646.**—Protest 952084–G of Nathan Kaufman Co. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of faceted articles of black glass the same as those passed upon in *Lorsch* v. *United States* (13 Ct. Cust. Appls. 172, T. D. 41036). The claim at 20 percent under paragraph 1429 was therefore sustained.